Jane M. Imholte
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
188 W. Northern Lights Blvd., Suite 700
Anchorage, Alaska 99503
Phone: (907) 646-3400
Fax: (844) 927-4680
Email: jane_imholte@fd.org

*Counsel for Defendant Steven Anthony Maloney*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN ANTHONY MALONEY,<br><br>Defendant. | Case No. 3:20-cr-00059-SLG-MMS |

## STATUS REPORT

Defendant Steven Anthony Maloney, through counsel, Jane M. Imholte, Assistant Federal Defender, submits this status report per the Court's directive at Docket 136.

Mr. Maloney's state case remains pending; therefore, the defendant respectfully requests that the status report deadline be continued for 60 days.

DATED at Anchorage, Alaska this 27th day of April, 2026.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
DISTRICT OF ALASKA

*/s/ Jane M. Imholte*
Jane M. Imholte
Assistant Federal Defender

Certificate of Service:

I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on April 27, 2026. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.

*/s/ Jane M. Imholte*